Case 1:21-cv-00798-PKC-VMS   Document 1-5   Filed 02/12/21   Page 1 of 4 PageID #: 50

# Exhibit D

(Immediately Follows This Page)

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2011051000489003001E321C

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 3 |
|---|---|---|

| Document ID: 2011051000489003 | Document Date: 05-03-2011 | Preparation Date: 05-10-2011 |
|---|---|---|

Document Type: ASSIGNMENT, MORTGAGE
Document Page Count: 2

| PRESENTER: | RETURN TO: |
|---|---|
| INTRACOASTAL ABSTRACT CO., INC.<br>31 STEWART STREET<br>ML PICKUP USTA<br>FLORAL PARK, NY 11001<br>516-358-0505<br>478-Q-01970 | BIBI N. AHMAD<br>105-20 LIBERTY AVENUE<br>RICHMOND HILL, NY 11419 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 9317 | 21 | Entire Lot | 110-19 ATLANTIC AVE |

Property Type: COMMERCIAL REAL ESTATE

### CROSS REFERENCE DATA

Document ID: 2011051000489002

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| EDUL N. AHMAD<br>105-20 LIBERTY AVENUE<br>RICHMOND HILL, NY 11419 | BIBI N. AHMAD<br>105-20 LIBERTY AVENUE<br>RICHMOND HILL, NY 11419 |

### FEES AND TAXES

| Mortgage | | | |
|---|---|---|---|
| Mortgage Amount: | $ 0.00 | Filing Fee: | $ 0.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ 0.00 |
| TAXES: County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ 0.00 | | $ 0.00 |
| Spec (Additional): | $ 0.00 | | |
| TASF: | $ 0.00 | | |
| MTA: | $ 0.00 | | |
| NYCTA: | $ 0.00 | | |
| Additional MRT: | $ 0.00 | | |
| TOTAL: | $ 0.00 | | |
| Recording Fee: | $ 47.00 | | |
| Affidavit Fee: | $ 0.00 | | |

RECORDED OR FILED IN THE OFFICE
OF THE CITY REGISTER OF THE
CITY OF NEW YORK

Recorded/Filed    05-26-2011 14:09
City Register File No.(CRFN):
2011000189751

*Annette M. Hill*

*City Register Official Signature*

478-Q-01970

— Assignment of Mortgage without Covenant — Individual or Corporation (single sheet) —

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

KNOW THAT EDUL N. AHMAD, assignor,   105-20 Liberty Av. Richmond Hill, NY

in consideration of  One dollars ($1.00),

paid by  Bibi N. Ahmad, assignee,
hereby assigns unto the assignee,

Mortgage dated the 3rd day of May, in the year 2011 , made by Atlantic 111ST LLC   110-17 Atlantic Ave Richmond Hill, NY

To Edul N. Ahmad   105-20 Liberty Av Richmond Hill, NY

in the principal sum of $2,000,000 and recorded on the      day of      in the year 2011, in Liber      of Section

of Mortgages, page      , in the office of the City Register of Queens County

of the      covering premises 110-19 Atlantic Avenue, Richmond Hill, New York 11418

*to be simultaneously*

TOGETHER with the bond(s) or note(s) or obligation(s) described in said mortgage(s), and the moneys due and to grow due thereon with the interest; TO HAVE AND TO HOLD the same unto the assignee and to the successors, legal representatives and assigns of the assignee forever.

The word "assignor" or "assignee" shall be construed as if it read "assignors" or "assignees" whenever the sense of this instrument so requires.

IN WITNESS WHEREOF, the assignor has duly executed this assignment the 3rd day of May, in the year 2011

IN PRESENCE OF:

_____      EDUL N. AHMAD

THIS ASSIGNMENT IS NOT
SUBJECT TO THE REQUIREMENT
OF SECTION 275 OF REAL
PROPERTY LAW BECAUSE IT IS AN
ASSIGNMENT WITHIN THE
SECONDARY MORTGAGE MARKET

**ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE**

State of New York, County of Queens, ss:

On the 3rd day of May in the year 1011 before me, the undersigned, personally appeared Edul Ahmad, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

ILENE BERGSTEIN
Notary Public, State of New York
No. 01GE4920790
Qualified in Nassau County
Commission Expires February 16, 2008

**ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE**

State of New York, County of        , ss:

On the        day of        in the year        , before me, the undersigned, a Notary Public in and for said State, personally appeared        , the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in

(if the place of residence is in a city, include the street and street number if any, thereof);

that he/she/they know(s)

to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said

execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto

**ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE**

State of New York, County of        , ss:

On the        day of        in the year        , before me, the undersigned, personally appeared        , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

**ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE**

*State of        , County of        , ss:

*(Or insert District of Columbia, Territory, Possession or Foreign County)

On the        day of        in the year        , before me, the undersigned, personally appeared        , personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of , which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the

(add the city or political subdivision and the state or country or other place the acknowledgement was taken).

# Assignment of Mortgage without Covenant

Title No. 478-Q - 01970

Ahmad
TO
Ahmad

SECTION:

BLOCK:

LOT:

COUNTY OR TOWN:

RETURN BY MAIL TO:

**DISTRIBUTED BY**



YOUR TITLE EXPERTS

The Judicial Title Insurance Agency LLC
800-281-TITLE (8485)  FAX: 800-FAX-9396