# Exhibit H

(Immediately Follows This Page)

RedVision - 585 Stewart Avenue, Suite L-90, Garden City, NY 11530 - 516-663-0600

# Judgment Docket & Lien Information:

## Judgment Docket - Control Number 002027814 - 01

### For 111 in QUEENS COUNTY

**Docketing Data**
- Docketing Date: 11/23/2015
- Docketing Time: 10:00
- Effective Date: 11/16/2015
- Effective Time: 11:59
- Clerk / Seq #: WRNTTAPE 075

**Source Document**
- Type: CT - NY CITY TAX WARRANT
- County: 41 - QUEENS
- Court:
- Total Debtors: 01
- Index #: S000001602

**Debtor / Corporation**
- Name: 111ST MANAGEMENT CORPORATION   Type: C
- Address: 110-19 ATLANTIC AVENUE
- City: SOUTH RICHMOND HI NY   Zip Code: 11419
- Occupation:

**Creditor**
- Name: NYC DEPARTMENT OF FINANCE   Type: C
- Address: 59 MAIDEN LANE
- City: NEW YORK NY   Zip Code: 10038

**Creditor Attorney**
- Name: NYC, DIRECTOR OF   Type: I
- Address: 59 MAIDEN LANE 28 FL.
- City: NEW YORK NY   Zip Code: 10038

**Satisfaction Data**
- Type: Sheriff's Execution
- Date:
- Operator ID:

Amount - $28.21

Download Date: 11/24/2015

### Remarks

| Date | Remarks |
|---|---|
| 11/23/2015 | WARRANT # S00000016024465 |

## Judgment Docket - Control Number 002049206 - 01

### For 111 in QUEENS COUNTY

**Docketing Data**

| | |
|---|---|
| Docketing Date | 2/29/2016 |
| Docketing Time | 12:00 |
| Effective Date | 2/5/2016 |
| Effective Time | 12:00 |
| Clerk / Seq # | WRNTTAPE 125 |

**Source Document**

| | |
|---|---|
| Type | CT - NY CITY TAX WARRANT |
| County | 41 - QUEENS |
| Court | |
| Total Debtors | 01 |
| Index # | 0000000017 |

**Debtor / Corporation**

| | |
|---|---|
| Name | 111ST MANAGEMENT CORPORATION   Type   C |
| Address | 11019 ATLANTIC AVE |
| City | RICHMOND HILL NY   Zip Code   11418 3044 |
| Occupation | |

**Creditor**

| | |
|---|---|
| Name | NYC DEPARTMENT OF FINANCE   Type   C |
| Address | 59 MAIDEN LANE |
| City | NEW YORK NY   Zip Code   10038 |

**Creditor Attorney**

| | |
|---|---|
| Name | NYC, DIRECTOR OF   Type   I |
| Address | 59 MAIDEN LANE 28 FL. |
| City | NEW YORK NY   Zip Code   10038 |

**Satisfation Date**

| | |
|---|---|
| Type | Sheriff's Execution |
| Date | Operator ID |

Amount - $28.44

Download Date: 2/29/2016

### Remarks

| Date | Remarks |
|---|---|
| 2/29/2016 | WARRANT # 00000000179619 |