# Exhibit I

(Immediately Follows This Page)

## Judgment Docket - Control Number 002037838 - 01

### For 111 in QUEENS COUNTY

**Docketing Data**

| | |
|---|---|
| Docketing Date | 1/5/2016 |
| Docketing Time | 10:00 |
| Effective Date | 1/2/2016 |
| Effective Time | 10:00 |
| Clerk / Seq # | NYSTAX 695 |

**Source Document**

| | |
|---|---|
| Type | ST - NY STATE TAX WARRANT |
| County | 41 - QUEENS |
| Court | |
| Total Debtors | 01 |
| Index # | E043488001 |

**Debtor / Corporation**

| | |
|---|---|
| Name | 111ST MANAGEMENT CORPORATION  Type  C |
| Address | 11019 ATLANTIC AVE |
| City | RICHMOND HILL NY    Zip Code  11418 3044 |
| Occupation | |

**Creditor**

| | |
|---|---|
| Name | NY STATE DEPT OF TAXATION AND FINANCE  Type  C |
| Address | |
| City | Zip Code |

**Creditor Attorney**

| | |
|---|---|
| Name | |
| Address | Type |
| City | Zip Code |

**Satisfaction Data**

| | |
|---|---|
| Type | Sheriff's Execution |
| Date | Operator ID |

Amount - $103.28

Download Date: 1/4/2016

Remarks

No Remarks