# Exhibit J

(Immediately Follows This Page)

## Judgment Docket - Control Number 002020185 - 01

### For 111 in QUEENS COUNTY

**Docketing Data**

| | |
|---|---|
| Docketing Date | 10/23/2015 |
| Docketing Time | 10:00 |
| Effective Date | 10/22/2015 |
| Effective Time | 10:00 |
| Clerk / Seq # | JDLSCRIM 070 |

**Source Document**

| | |
|---|---|
| Type | TJ - TRANSCRIPT OF JUDGMENT |
| County | 41 - QUEENS |
| Court | CR - CRIMINAL COURT |
| Total Debtors | 01 |
| Index # | 2015SQ038297 |

**Debtor / Corporation**

| | |
|---|---|
| Name | 111STMANAGEMENT COPR   Type   C |
| Address | 110 17 ATLANTIC AVE |
| City | QUEENS   Zip Code   11418 0000 |
| Occupation | |

**Creditor**

| | |
|---|---|
| Name | CRIMINAL COURT OF THE CITY OF NEW YORK   Type   C |
| Address | 120-55 QUEENS BLVD |
| City | QUEENS   Zip Code   11415 |

**Creditor Attorney**

| | |
|---|---|
| Name | DISTRICT ATTORNEY OF QUEENS COUNTY   Type   C |
| Address | 125-01 QUEENS BLVD |
| City | QUEENS   Zip Code   11415 |

**Satisfaction Data**

| | |
|---|---|
| Type | Sheriff's Execution |
| Date | Operator ID |

Amount - $5,000.00

Download Date: 10/23/2015

**Remarks**

No Remarks