# Exhibit K

(Immediately Follows This Page)

RedVision - 585 Stewart Avenue, Suite L-50, Garden City, NY 11530 - 516-663-0600

# Judgment Docket & Lien Information:

Judgment Docket - Control Number 001799721 - 01

For ATLANTIC 111 in QUEENS COUNTY

**Docketing Data**
| | |
|---|---|
| Docketing Date | 6/17/2013 |
| Docketing Time | 02:07 |
| Effective Date | 4/11/2013 |
| Effective Time | 14:47 |
| Clerk / Seq # | NISAAC 034 |

**Source Document**
| | |
|---|---|
| Type | TJ - TRANSCRIPT OF JUDGMENT |
| County | 41 - QUEENS |
| Court | C - CIVIL COURT |
| Total Debtors | 03 |
| Index # | 028969-12 |

**Debtor / Corporation**
| | |
|---|---|
| Name | ATLANTIC 111ST LLC   Type   C |
| Address | 110-17 ATLANTIC AVE |
| City | RICHMOND HILL NY   Zip Code   11418 |
| Occupation | |

**Creditor**
| | |
|---|---|
| Name | PAY-O-MATIC CHECK CASHING CORPORATION   Type   C |
| Address | 160 OAK DRIVE |
| City | SYOSSET NY   Zip Code   11791 |

**Creditor Attorney**
| | |
|---|---|
| Name | ANES, LEVENTHAL & SNYDER, PLLC   Type   C |
| Address | 255 SMITHTOWN BLVD |
| City | NESCONSET NY   Zip Code   11767 |

**Satisfaction Data**
| | |
|---|---|
| Type | Sheriff's Execution |
| Date | Operator ID |

Amount - $4,143.23

Download Date: 6/17/2013

## Remarks

| Date | Remarks |
|---|---|
| 6/17/2013 | INDEX #CV-026969-12/QU |
| 6/17/2013 | DEBTORS: 1) ATLANTIC 111ST LLC 2) ROBERT T LETO D/B/A |
| 6/17/2013 | RNR SYSTEMS INTEGRATORS |